# United States District Court

DISTRICT OF __Massachusetts__

PAUL MARTIN AND JOANN MARTIN

V.

INDIAN HARBOR INSURANCE COMPANY

SUMMONS IN A CIVIL CASE

CASE NUMBER:

05 - 30057 - MAP

TO: (Name and address of defendant)

Indian Harbor Insurance Company
c/o Mr. William P. Pearce
CT Corp. System
70 Seaview Ave.
Stamford, CT 06902-6040

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Paul S. Weinberg, Esq.
Weinberg & Garber, P.C.
71 King Street
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE 2/28/05

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE March 7, 2005 |
| NAME OF SERVER (PRINT) Lisa Jury | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By mailing certified, return receipt no. 7002 2410 0006 7459 7930, pursuant to M.G.L. c.223A, to Defendant's Registered Agent, William P. Pearce, CT Corp. System, 70 Seaview Ave., Stamford, CT 06902-6040. The original signature card is attached hereto.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 11, 2005
Date

Signature of Server
Weinberg + Garber, PC
71 King Street, Northampton, MA 01060
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Indian Harbor Insurance Co.
   c/o William P. Pearce
   CT Corp. System
   70 Seaview Avenue
   Stamford, CT 06902-6040

2. Article Number
   (Transfer from service label)
   7002 2410 0006 7459 7930

PS Form 3811, August 2001       Domestic Return Receipt       102595-02-M-1035

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Weinberg & Garber, P.C.
71 King Street
Northampton, MA 01060

22
Martin / Indian Harbor