UNITED STATES DISTRICT COURT,
FOR THE WESTERN DIVISION OF MASSACHUSETTS

CIVIL ACTION
NO.: 05-30057-MAP

PAUL MARTIN AND JOANN MARTIN )
    Plaintiffs )
)
)
v. )
)
)
INDIAN HARBOR INSURANCE )
COMPANY, )
    Defendant )

## JOINT PROPOSED DISCOVERY PLAN

Pursuant to Fed. R. Civ. P. 26(f), counsel for the parties have conferred regarding proposed discovery dates.

The parties respectfully submit the following proposed discovery plan:

1. Fact discovery including depositions will be served and completed by January 16, 2006.

2. Motions for summary Judgment will be served by March 2, 2006.

3. Oppositions to Motions for Summary Judgment will be served by April 3, 2006.

    The Plaintiffs,
    By their Attorneys,

    "/s/" Paul S. Weinberg
    "/s/" John E. Garber
    Paul S. Weinberg, Esq., BBO No. 519550
    John E. Garber, Esq., BBO No. 635313
    Weinberg & Garber, P.C.
    71 King Street
    Northampton, Massachusetts 01060
    (413) 582-6886
    pweinberg@w-g-law.com

The Defendant,
Indian Harbor Insurance Company
By its attorney,


"/s/" William O. Monahan
William O. Monahan
BBO# 542916
Monahan & Associates, P.C.
113 Union Wharf East
Boston, MA 02109
(617) 227-1500
wmonahan@monahanlaw.net

2