**UNITED STATES DISTRICT COURT,**
**FOR THE WESTERN DIVISION OF MASSACHUSETTS**

CIVIL ACTION
NO.: 05-30057-MAP

| | |
|---|---|
| **PAUL MARTIN AND JOANN MARTIN** | ) |
|     **Plaintiffs** | ) |
| | ) |
| | ) |
| **v.** | ) |
| | ) |
| | ) |
| **INDIAN HARBOR INSURANCE** | ) |
| **COMPANY,** | ) |
|     **Defendant** | ) |

**CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D) (3) (a) AND (b) OF
DEFENDANT, INDIAN HARBOR INSURANCE COMPANY**

Defendant, Indian Harbor Insurance Company and its counsel, Monahan & Associates, P.C. hereby certify and affirm that they have conferred:

(a) with a view of establishing a budget for the cost of conducting the full course – and various alternative courses – of litigation; and,

(b) to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| **Indian Harbor Insurance Company** | **MONAHAN & ASSOCIATES, P.C.** |
|---|---|
| /s/ Palmer App | /s/ William O. Monahan |
| By:  Palmer App<br>      On behalf of<br>      Indian Harbor Insurance Co. | By:  William O. Monahan<br>      Counsel for the Defendant<br>      BBO# 542916<br>      Monahan & Associates, P.C.<br>      113 Union Wharf East<br>      Boston, MA 02109<br>      (617)227-1500<br>      wmonahan@monahanlaw.net |