UNITED STATES DISTRICT COURT,
FOR THE WESTERN DIVISION OF MASSACHUSETTS

C.A. No. 05 CV 30057 MAP

PAUL MARTIN AND JOANN MARTIN
    Plaintiffs,

v.

INDIAN HARBOR INSURANCE COMPANY,
    Defendant.

## RULE 16.1(D)(3) CERTIFICATION

The undersigned counsel and Plaintiffs Paul Martin and Joann Martin certify that they have conferred with a view of establishing a budget for the costs of conducting the full course of litigation, and have considered resolution of the litigation through alternative dispute resolution.

By: ___/s/ John E. Garber  
Paul S. Weinberg, Esq.  
BBO No. 519550  
John E. Garber, Esq.  
BBO No. 635313  
Weinberg & Garber, P.C.  
71 King Street  
Northampton, MA 01060  
(413) 582-6886  
fax (413) 582-6881  

    /s/ Paul Martin  
Paul Martin  
103 Glendale Road  
Southampton MA  
(413) 529-0842  

    /s/Joann Martin  
Joann Martin  
103 Glendale Road  
Southampton MA  
(413) 529-0842  

050510 830.DOC