UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PAUL MARTIN and JOANN MARTIN,<br>Plaintiffs<br><br>v.<br><br>INDIAN HARBOR INSURANCE<br>COMPANY,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-30057-KPN |

SCHEDULING ORDER
July 20, 2005

NEIMAN, U.S.M.J.

      The following schedule was established at the initial scheduling conference this day:

    1.    All non-expert discovery shall be completed by January 17, 2006.

    2.    Counsel shall appear for a case management conference on January 19, 2006, at 10:30 a.m. in Courtroom Three.

    IT IS SO ORDERED.

                                              /s/ Kenneth P. Neiman
                                              KENNETH P. NEIMAN
                                              U.S. Magistrate Judge