UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL MARTIN, et al.,            )
       Plaintiffs     )
                     )
v.                              )   Civil Action No. 05-30057-KPN
                     )
                     )
                     )
INDIAN HARBOR INSURANCE CO.,    )
       Defendant      )

SCHEDULING ORDER
January 19, 2006

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference this day:

1. Non-expert depositions shall be completed by March 17, 2006.

2. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by April 14, 2006.

3. Plaintiffs shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by May 12, 2006.

4. All expert depositions shall be completed by June 2, 2006.

5. Trial shall commence on July 17, 2006, at 9:00 a.m. Counsel shall appear for a final pretrial conference on July 10, 2006, at 2:00 p.m. in Courtroom Three. Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the Procedural Order

entered this date.

IT IS SO ORDERED.

DATED:   January 19, 2006

                                                       /s/ Kenneth P. Neiman  
                                                      KENNETH P. NEIMAN  
                                                      U.S. Magistrate Judge