UNITED STATES DISTRICT COURT,
FOR THE WESTERN DIVISION OF MASSACHUSETTS

CIVIL ACTION
NO.: 05-30057-MAP

PAUL MARTIN AND JOANN MARTIN )
    Plaintiffs )
 )
 )
 )
v. )
 )
 )
 )
INDIAN HARBOR INSURANCE )
COMPANY, )
    Defendant )

DEFENDANT'S MOTION TO EXTEND THE TIME
WITHIN WHICH IT MAY DESIGNATE EXPERT WITNESSES

NOW COMES the defendant and hereby moves this Honorable Court to extend the time within which it may designate expert witnesses from April 14, 2006 to April 28, 2006.   In support of its motion the defendant states:

1.    During the course of written discovery and depositions, the defendant has identified disputed issues concerning certain information contained in documents regarding the replacement cost value of the building at the time of the loss.

2.    The defendant is in the process of exploring the need and possibility of retaining certain expert witnesses to address these issues.

3.    As a result of scheduling issues as among defendant's counsel and prospective witnesses, the defendant seeks

two (2) additional weeks within which it may identify

expert witnesses, if any.

4.    The allowance of this motion will not effect the trial

date set for this matter in July 2006.

5.    Neither party will be prejudiced if this motion is

allowed.

WHEREFORE, the defendant respectfully request this

Honorable Court grant this motion and extend the time within

which it may designate expert witnesses from April 14, 2006 to

April 28, 2006.


                              The Defendant,
                              Indian Harbor Insurance Company
                              By its attorney,


                              "/s/" William O. Monahan
                              William O. Monahan
                              BBO# 542916
                              Monahan & Associates, P.C.
                              113 Union Wharf East
                              Boston, MA 02109
                              (617) 227-1500
                              wmonahan@monahanlaw.net

2

## CERTIFICATE OF SERVICE

I, William O. Monahan, hereby certify that on the 10th day of April, 2006, I have served the foregoing document by causing a copy of same to be sent via first class mail, postage prepaid, directed to Paul S. Weinberg, Esquire and John E. Garber, Esquire, Weinberg & Garber, P.C., 71 King Street, Northampton, MA 01060.


                              "/s/"
                         William O. Monahan


Martinpaul/motextend