UNITED STATES DISTRICT COURT,
FOR THE WESTERN DIVISION OF MASSACHUSETTS

CIVIL ACTION
NO.: 05-30057-MAP

PAUL MARTIN AND JOANN MARTIN )
    Plaintiffs )
)
)
v. )
)
)
INDIAN HARBOR INSURANCE )
COMPANY, )
    Defendant )

### DEFENDANT'S MOTION TO EXTEND THE TIME WITHIN WHICH IT MAY DESIGNATE EXPERT WITNESSES

NOW COMES the defendant and hereby moves this Honorable Court to extend the time within which it may designate expert witnesses from April 14, 2006 to April 28, 2006. In support of its motion the defendant states:

1. During the course of written discovery and depositions, the defendant has identified disputed issues concerning certain information contained in documents regarding the replacement cost value of the building at the time of the loss.

2. The defendant is in the process of exploring the need and possibility of retaining certain expert witnesses to address these issues.

3. As a result of scheduling issues as among defendant's counsel and prospective witnesses, the defendant seeks

   two (2) additional weeks within which it may identify expert witnesses, if any.

4. The allowance of this motion will not effect the trial date set for this matter in July 2006.

5. Neither party will be prejudiced if this motion is allowed.

WHEREFORE, the defendant respectfully request this Honorable Court grant this motion and extend the time within which it may designate expert witnesses from April 14, 2006 to April 28, 2006.

                                The Defendant,
                                Indian Harbor Insurance Company
                                By its attorney,


                                "/s/" William O. Monahan
                                William O. Monahan
                                BBO# 542916
                                Monahan & Associates, P.C.
                                113 Union Wharf East
                                Boston, MA 02109
                                (617) 227-1500
                                wmonahan@monahanlaw.net

## CERTIFICATE OF SERVICE

    I, William O. Monahan hereby certify that on the 10th day of April, 2006, the foregoing motion has been served by causing a copy of same to be mailed via First Class Mail, postage pre-paid, directed to all counsel of record.

                                          "/s/"
                                     William O. Monahan

## CERTIFICATION OF COMPLIANCE WITH L.R. 7.1 (A)(2)

    I, William O. Monahan hereby certify that I have conferred with counsel for the Plaintiffs in good faith prior to the filing of the Defendant's Motion To Extend The Time Within Which It May Designate Expert Witnesses in an attempt to resolve or narrow the issues presented. Counsel for the Plaintiffs has informed me that he will not be opposing Defendant's Motion.

                                          "/s/"
                                     William O. Monahan

Martinpaul/2ndmotextend