UNITED STATES DISTRICT COURT,
FOR THE WESTERN DIVISION OF MASSACHUSETTS

|  |  |
|---|---|
| PAUL MARTIN AND JOANN MARTIN )<br><br>Plaintiffs, )<br><br>v. )<br><br>INDIAN HARBOR INSURANCE )<br>COMPANY, )<br><br>Defendant. ) | CIVIL ACTION NO. 05-30057 KPN |

### JOINT MOTION TO FILE DOCUMENTS REQUIRED BY THE COURT'S PRETRIAL PROCEDURAL ORDER ON JULY 6, 2006 INSTEAD OF JULY 3, 2006

Now come the parties and move for leave to file the documents required by the Court's January 19, 2006 Pretrial Procedural Order (the "Order") on July 6, 2006 instead of the July 3, 2006 date required by that Order. The documents required by be filed by the Order include the parties' joint pretrial memorandum, proposed *voir dire* questions (if any), pretrial motions, and contested jury instructions and/or special verdict questions.

As grounds for their motion, the parties state that they have agreed to enter into informal settlement negotiations for the purpose of exploring settlement on July 5, 2006 in an attempt to amicably resolve this matter short of trial.[1] If those negotiations prove successful, the parties will be able to avoid incurring the time and expense associated with the final preparation and filing of such documents.[2] Further, due to scheduling issues surrounding the upcoming July 4th holiday, counsel for both parties would prefer to have the benefit of two additional days in which to finalize and file the required documents.

---

[1] The Court should be aware that the parties previously discussed utilizing the services of an outside mediation service but due to scheduling and other issues, recently determined that direct negotiations presented the last best hope for resolution of the case short of trial.

1

Neither party will be prejudiced by this short extension of the time frame for the filing of the aforementioned documents.

Wherefore, the parties hereby move for leave to file the documents required by the Order on July 6, 2006, instead of the Order's July 3, 2006 deadline.

Respectfully submitted,

| Paul Martin and Joann Martin, | Indian Harbor Insurance Company |
| By their attorneys, | By its attorneys, |
| _____"/s/"_____ | _____"/s/"_____ |
| Paul S. Weinberg (BBO#519550) | William O. Monahan (BBO# 542916) |
| John E. Garber (BBO#635313) | Timothy M. Roche (BBO# 561973) |
| Weinberg & Garber, P.C. | Monahan & Associates, P.C. |
| 71 King Street | 113 Union Wharf East |
| Northampton, MA 01060 | Boston, MA 02109 |
| (413) 582-6886 | (617) 227-1500 |

### CERTIFICATE OF SERVICE

I, William O. Monahan, hereby certify that on the 29th day of June, 2006, I have served the foregoing document by causing a copy of same to be sent via first class mail, postage prepaid, directed to Paul S. Weinberg, Esquire and John E. Garber, Esquire, Weinberg & Garber, P.C., 71 King Street, Northampton, MA 01060 and by filing the foregoing document with the Court utilizing the electronic filing system.

"/s/"
William O. Monahan

MartinPaul/Joint Motion to File Pretrial Memo Late

---

[2] The Court should note that the parties have been diligently preparing draft versions of those documents, but have not come to final agreement on the proposed terms.