UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL MARTIN, et al., )<br>        Plaintiffs )<br>)<br>)<br>v.                     )<br>)<br>)<br>INDIAN HARBOR INSURANCE CO., )<br>        Defendant  )  | Civil Action No. 05-30057-KPN |

SETTLEMENT ORDER OF DISMISSAL
July 6, 2006

The court, having been advised on July 5, 2006, that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/s/ Bethaney A. Healy
Bethaney A. Healy
Deputy Clerk